IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                              Plaintiff,                    ORDER

              v.
                                                           7:03-cr-00077-bbc
MATTHEW BUCKETT,

                              Defendant.
_____

On February 11, 2008 this court held an initial appearance on the government's petition to revoke the supervised release of defendant Matthew Buckett.  Buckett was present with his attorney, Anthony Delyea.  The government was represented by Assistant United States Attorney Paul Connell.

Buckett waived his right to a probable cause and detention hearing. We set the judicial review before Judge Crabb for March 4, 2008, at 1:40 p.m.  Pending that hearing, the U.S. Marshal shall detain Buckett at a facility reasonably proximate to the court.

Entered this 11th day of February, 2008.

                              BY THE COURT:
                              /s/
                              STEPHEN L. CROCKER
                              Magistrate Judge