IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

MATTHEW H. BUCKETT,

                    Defendant.

ORDER

03-cr-77-bbc-01

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The order entered herein on March 4, 2008, is amended in the following respect:

      In the second line of the first full paragraph on page 3, the words "at the top of" are deleted. The words "slightly below" are inserted in their place. The last phrase of the sentence should read "I have selected a sentence slightly below the guideline range."

      In all other respects, the order remains as entered on March 4, 2008.

      Entered this 10th day of March, 2008.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge