IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                   ORDER

                Plaintiff,

                                                03-cr-077-bbc

    v.

MATTHEW H. BUCKETT,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The order following revocation hearing entered on November 24, 2008 is hereby AMENDED to reflect a correct hearing date of November 21, 2008 and the attending probation officer as Chief United States Probation Officer Kent Hanson.

      In all other respects, the order remains as entered.

      Entered this 26th day of November, 2008.

                                    BY THE COURT:

                                    /s/

                                    BARBARA B. CRABB
                                    District Judge